IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

MICHELLE WILSON, : Civil Action No. 1:10-CV-00167

    Plaintiff, :

vs. :

PALISADES COLLECTION, LLC, :

    Defendant. :

## COMPLAINT

Michelle Wilson, by her attorney Ray Johnson, for her claims against the Defendant states:

### I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. (hereinafter "FDCPA") which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II. JURSIDICTION AND VENUE

2. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1337. Venue in this District is proper in that the Defendant transacts business here and the conduct complained of occurred here.

### III. PARTIES

3. Plaintiff, Michelle Wilson, is a natural person residing in Mount Vernon, Iowa.

4. Palisades Collection, LLC, (hereinafter, Palisades) does business in Iowa with its principle place of business located in Englewood Cliff, New Jersey.

## IV. FACTUAL ALLEGATIONS

5. Palisades is attempting to collect a time-barred debt from Wilson.

6. On July 27, 2010, Wilson's attorney sent a letter to Abendroth and Russell, attorneys for Defendant, disputing the alleged debt, requesting verification, advising it of Wilson's legal representation, and indicating that all further communication be directed to her attorney.

7. Despite Wilson's request to direct all communication to her attorney, Palisades then sent the debt verification directly to Wilson, demanded payment, and requested Wilson call the debt collectors directly to set up payment arrangements.

## V. FIRST CLAIM FOR RELIEF

8. Defendant violated the FDCPA. Defendant's violations include, but are not Limited to, the following:

    a. Defendant violated 15 U.S.C. § 1692c(a)(2) by contacting Wilson when it was known, or should have been known, that she was being represented by an attorney.

    b. Defendant violated 15 U.S.C. § 1692(e)(2) by making a false representation regarding the character, amount, or legal status of a debt.

    c. Defendant violated 15 U.S.C. § 1692(f)(1) by collecting or attempting to collect an amount not permitted by law.

    d. Defendant violated 15 U.S.C. § 1692f by using unfair and or unconscionable means to collect the alleged debt.

9. As a result of the above violations of the FDCPA, the Defendant is liable to the Plaintiff for actual damages, statutory damages, costs, and attorney's fees.

## VI. SECOND CLAIM FOR RELIEF

10. All facts and allegations of this Complaint are incorporated herein by reference.

11. Defendant violated Iowa's Debt Collection Practices Act. Defendant's violations include but are not limited to:

   a. Defendant violated Iowa Code § 537.7103(1)(f) by taking an action, or threatening to take an action prohibited by Iowa Code chapter 537.7103 or any other law, including but not limited to attempting to collect a time-barred debt and contacting Plaintiff after it was known that he was being represented by an attorney.

   b. Defendant violated Iowa Code § 537.7103(4)(e) by making a representation which tends to create a false impression of the character, extent or amount of a debt.

   c. Defendant violated Iowa Code § 537.7103(5)(e) by contacting the Plaintiff after the Defendant knew the Plaintiff was represented by an attorney.

12. As a result of the above violations of the Iowa Code, the Defendant is liable to the Plaintiff for statutory damages, actual damages, costs and attorney's fees.

   **WHEREFORE**, Plaintiff respectfully requests that judgment be entered against the Defendant for the following:

   A. Actual damages.

   B. Statutory damages.

   C. Costs and reasonable attorney's fees.

   D. For such other relief as the Court deems appropriate in the circumstances.

Respectfully submitted,

*/s/ Ray Johnson*

RAY JOHNSON
AT0004019
Johnson Law Firm
950 Office Park Road
Suite 335
W. Des Moines, Iowa 50265
Phone: (515) 224-7090
Fax: (515) 222-2656
Johnsonlaw29@aol.com